UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIARA RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-4764** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"** |

REPORT AND RECOMMENDATION

## I.   Introduction

This is an action for judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 United States Code § 405(g). The Commissioner denied Plaintiff, Kiara Richardson's ("Richardson") eligibility for benefits under the Social Security Act.

The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 United States Code § 636(b), for the submission of Proposed Findings and Recommendations.

## II.   Procedural Background

On June 28, 2013, the Court issued a Scheduling Order which required the plaintiff to file a brief in support of his claims within forty (40) days of the defendant filing an Answer.[1] The defendant filed an answer on November 8, 2013.[2] Thus, the plaintiff's brief was due no later than December 18, 2013. The plaintiff, however, failed to submit a brief.

Thereafter, on December 31, 2013, the undersigned issued a Show Cause Order requiring

---

[1] Rec. Doc. No. 4.

[2] Rec. Doc. No. 10.

the plaintiff to show cause on or before January 15, 2014, by written memorandum or motion, as to why she had failed to comply with the Scheduling Order.[3] The order also notified the plaintiff that a failure to comply may result in the dismissal of her claims. Nevertheless, the plaintiff failed to comply.

### III.     Recommendation

**IT IS RECOMMENDED** that the plaintiff's claims against the Social Security Administration be **DISMISSED WITH PREJUDICE** for failing to comply with the Show Cause Order issued by the United States Magistrate Judge on December 31, 2013.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[4]

New Orleans, Louisiana, this 7th day of February  2014.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[3] Rec. Doc. No. 11.

[4] *Douglass* referenced the previously applicable ten-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.