UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIARA RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER:  13-4764** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the plaintiff's claims against the Social Security Administration are **DISMISSED WITH PREJUDICE** for failing to comply with the Show Cause Order issued by the United States Magistrate Judge on December 31, 2013.

New Orleans, Louisiana, this 26th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE